UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| BARRY TODD OWENS,<br>  Plaintiff<br><br>v.<br><br>ULTRAMAR ENERGY, INC.,<br>STAR GAS PARTNERS, L.P. AND<br>STAR GAS PROPANE, L.P.,<br>  Defendants<br><br>AND<br><br>ULTRAMAR ENERGY, INC.,<br>  Third Party Plaintiff<br><br>v.<br><br>GAS SUPPLY RESOURCES, INC. AND<br>AMERICAN WELDING & TANK CO.,<br>  Third Party Defendants | Civil Action<br><br>Case No. 2:05-cv-00043 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties in the above-captioned action, each through its respective counsel, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), to the dismissal, without prejudice, of all claims and counterclaims in the above action, each party to bear its own fees and costs, on the grounds that this Court lacks subject matter jurisdiction under 28 U.S.C. §1332.

DATED at Middlebury, Vermont this _10_ day of October, 2005.

LANGROCK SPERRY & WOOL, LLP

_____
William B. Miller, Jr.
P.O. Drawer 351, 111 S. Pleasant Street
Middlebury, VT 05753-0351
(802) 388-6356

Attorneys for Plaintiff

DATED at Burlington, Vermont this _18_ day of October, 2005.

        POWELL ORR & BREDICE, PLC

        */s/ Bret P. Powell*
        Bret P. Powell
        400 Cornerstone Drive, Suite 240
        Williston, VT 05495
        (802) 878-1500

        Attorneys for Defendant Ultramar Energy, Inc.

DATED at Burlington, Vermont this ____ day of October, 2005.

        DINSE KNAPP & McANDREW, P.C.


        _____
        Samuel Hoar, Jr.
        P.O. Box 988, 209 Battery Street
        Burlington, VT 05402
        (802) 864-5751

        Attorneys for Defendant Star Gas Partners, L.P. and Star Gas Propane, L.P.

Dated at Burlington, Vermont, this ____ day of October, 2005.

        PAUL FRANK + COLLINS P.C.


        _____
        Stephen J. Soule
        P.O. Box 1307, One Church Street
        Burlington, VT 05402-1307
        (802) 658-2311

        Attorneys for Third-Party Defendant Gas Supply Resources, Inc.

LANGROCK SPERRY
& WOOL LLP

DATED at Burlington, Vermont this ____ day of October, 2005.

POWELL ORR & BREDICE, PLC

_____
Bret P. Powell
400 Cornerstone Drive, Suite 240
Williston, VT 05495
(802) 878-1500

Attorneys for Defendant Ultramar Energy, Inc.

DATED at Burlington, Vermont this 12th day of October, 2005.

DINSE KNAPP & McANDREW, P.C.

_____
Samuel Hoar, Jr.
P.O. Box 988, 209 Battery Street
Burlington, VT 05402
(802) 864-5751

Attorneys for Defendant Star Gas Partners, L.P. and Star Gas Propane, L.P.

Dated at Burlington, Vermont, this 13th day of October, 2005.

PAUL FRANK + COLLINS P.C.

_____
Stephen J. Soule
P.O. Box 1307, One Church Street
Burlington, VT 05402-1307
(802) 658-2311

Attorneys for Third-Party Defendant Gas Supply Resources, Inc.

LANGROCK SPERRY
& WOOL LLP

2

Dated at Burlington, Vermont, this 14 day of October, 2005.

LAW OFFICES OF POTTER STEWART, JR.

_____
Potter Stewart, Jr.
205 Main Street, Suite 8
Brattleboro, VT 05301-2868
(802) 257-7244

Attorneys for Third-Party Defendant American Welding & Tank Co.

358936.1

3

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| BARRY TODD OWENS,<br>    Plaintiff<br><br>v.<br><br>ULTRAMAR ENERGY, INC.,<br>STAR GAS PARTNERS, L.P. AND<br>STAR GAS PROPANE, L.P.,<br>    Defendants<br><br>AND<br><br>ULTRAMAR ENERGY, INC.,<br>    Third Party Plaintiff<br><br>v.<br><br>GAS SUPPLY RESOURCES, INC. AND<br>AMERICAN WELDING & TANK CO.,<br>    Third Party Defendants | Civil Action<br><br>Case No. 2:05-cv-00043 |

## CERTIFICATE OF SERVICE

This is to certify that on the 20th day of October, 2005, I, William B. Miller, Esq., Attorney for the Plaintiff Barry Todd Owens, served a copy of the Parties' *STIPULATION OF DISMISSAL WITHOUT PREJUDICE* upon the following, by e-mail and by mailing a copy of the same first-class, postage prepaid:

Bret P. Powell, Esq.
Powell Orr & Bredice, PLC
400 Cornerstone Drive, Suite 240
Williston, VT 05495

Frank W. Beckstein, III, Esq.
Nelson Kinder Mosseau & Saturley
45 Milk Street, 7th Floor
Boston, MA 02109

Henry P. Sorett, Esq.
Brickley Sears & Sorett, P.A.
75 Federal Street, Suite 1700
Boston, MA 02110

Nicholas K. Holmes, Esq.
Christopher D. Hawkins, Esq.
Nelson Kinder Mosseau & Saturley
99 Middle Street
Manchester, NH 03101

LANGROCK SPERRY
& WOOL LLP

Samuel Hoar, Jr., Esq.
Dinse Knapp & McAndrew, PC
P.O. Box 988
Burlington, VT 05402-0988

Larry B. Lipe, Esq.
Mark E. Dreyer, Esq.
Conner & Winters, LLP
3700 First Place Tower
15 East Fifth Street
Tulsa, OK 74103-4344

Stephen J. Soule, Esq.
Paul Frank + Collins, PC
P.O. Box 1307
Burlington, VT 05402-1307

Potter Stewart, Jr., Esq.
Potter Stewart, Jr., Law Offices, P.C.
205 Main Street, Suite 8
Brattleboro, VT 05301-2868

DATED at Middlebury, Vermont this 20th day of October, 2005.

LANGROCK SPERRY & WOOL, LLP

By: William B. Miller, Esq.
PO Drawer 351, 111 S. Pleasant Street
Middlebury, VT 05753

Attorneys for Plaintiff

360402.1

LANGROCK SPERRY
& WOOL LLP